**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

LINDA F. HORTON                                                     PLAINTIFF

vs.                                            CIVIL ACTION NO: 1:12CV175-GHD-JMV

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY                                             DEFENDANT

**ORDER ENLARGING TIME FOR PLAINTIFF TO FILE BRIEF**

This matter is before the court on the plaintiff's *Ore Tenus* Motion for an extension of time to file her initial brief setting forth all errors which she contends entitle her to relief requested in this matter. The Court having considered the same and being fully advised in the premises, including that counsel for Defendant Commissioner of Social Security has no objection to said Motion, is of the opinion that the Motion is well taken it is therefore:

ORDERED:

1. That Plaintiff Linda Horton is granted an extension of time for which to file her initial brief, however, within 30 days from this date, Plaintiff Linda Horton shall serve, file and submit to the magistrate judge a brief setting forth all errors which plaintiff contends entitle plaintiff to relief in the manner explained in the Court's prior Order Directing Filing of Briefs.

2. Within 30 days after service of plaintiff's brief, defendant shall serve, file and submit to the magistrate judge a brief which responds specifically to each issue raised by plaintiff in the manner explained in the Court's prior Order Directing

    Filing of Briefs.

SO ORDERED this the 20th day of November, 2012.

                                           /s/Jane M. Virden
                                           UNITED STATES MAGISTRATE JUDGE